UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80973-CIV-ZLOCH

ABD ELQADER HAWAMDEN,

    Plaintiff,

vs.                                       **FINAL JUDGMENT**

A.M.K. PETROLEUM ENTERPRISES,
INC., and KLEOPAS KLEOPA,

    Defendants.
                               /

    Pursuant to the Jury Verdict (DE 68) entered in this action, it is

    **ADJUDGED** that Plaintiff Abd Elqader Hawamden shall take nothing by this action and Defendants A.M.K. Petroleum Enterprises, Inc. and Kleopas Kleopa shall go hence without day.  The Court retains jurisdiction solely for the award of any attorney's fees and court costs.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   25th   day of July, 2008.

                                                         */s/ William J. Zloch*
                                                         WILLIAM J. ZLOCH
                                                         United States District Judge

Copies furnished:

All Counsel of Record